IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON ARDOLINE
and SCOTT ARDOLINE

    Plaintiff,
vs.

HAROLD PIERSMA
and CANADA INC. et al.

    Defendants.

: (Judge Conaboy)
:
: 3:17-CV-1113

FILED
SCRANTON
AUG 0 7 2018
Per_____
DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within SIXTY (60) days, to reinstate the action if the settlement is not consummated.

_____
Richard P. Conaboy
United States District Judge

DATE: August 7, 2018